UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SEAN JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:21-CV-259-TAV-DCP |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. A certificate of appealability **SHALL NOT ISSUE**.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　　LeAnna R. Wilson
　　CLERK OF COURT